# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 21, 2013

## NO. 03-11-00047-CV

**City of Rice, Texas, Appellant**

**v.**

**Texas Commission on Law Enforcement Officer Standards and Education;
Timothy A. Braaten, in his Official Capacity as Executive Director of Texas Commission
on Law Enforcement Officer Standards and Education; and Nicole C. McMahan,
Appellees**

---

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

---

**THIS CAUSE** came on to be heard on the record of the court below, and the same being

considered, because it is the opinion of this Court that there was no error in the trial court's

judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial

court is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating

to this appeal, both in this Court and the court below; and that this decision be certified below for

observance.